UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE DONALD J. TRUMP REVOCABLE TRUST, DJT HOLDINGS, LLC, a Delaware limited liability company, DJT HOLDINGS MANAGING MEMBER, LLC, a Delaware limited liability company, DTTM OPERATIONS, LLC, a Delaware limited liability company, and ERIC TRUMP, an individual,

    Plaintiffs,

vs.

CAPITAL ONE, N.A., a Virginia Corporation,

    Defendant.
_____/

Case No. 1:25-cv-21596-RKA

**PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION ON THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT [D.E. 15]**

Plaintiffs The Donald J. Trump Revocable Trust, DJT Holdings, LLC, DJT Holdings Managing Member, LLC, DTTM Operations, LLC, and Eric Trump (collectively, "Plaintiffs") by and through undersigned counsel, hereby file this Unopposed Motion for Clarification on the Deadline to Respond to Defendant Capital One, N.A.'s Motion to Dismiss Complaint [D.E. 15]. In support, Plaintiffs state as follows:

    1.    On April 8, 2025, Defendant Capital One, N.A. ("Defendant") filed its *Expedited* Motion for Extension of Time to Respond to the Complaint ("Expedited Motion") [D.E. 7].

    2.    The Expedited Motion set forth a briefing schedule for Defendant to respond to the Complaint, which allowed Defendant until May 7, 2025, to respond to the Complaint and if Defendant's response was a Motion to Dismiss, Plaintiffs would be entitled to respond by June 6,

2025, and Defendant may reply by June 20, 2025.

3. On April 9, 2025, the Court issued an Order on the Expedited Motion [D.E. 9] approving Defendant's proposed briefing schedule:

> PAPERLESS ORDER granting [7] Expedited Motion for Extension of Time to Respond to the Complaint. The Defendant shall respond to the Plaintiffs' Complaint by May 7, 2025. If the Defendant files a motion to dismiss, the Plaintiffs shall respond to the motion to dismiss by June 6, 2025, and the Defendant may file its reply to the response by June 20, 2025. Signed by Judge Roy K. Altman on 4/9/2025.

D.E. 9.

4. On May 7, 2025, Defendant filed its Motion to Dismiss the Complaint ("Motion to Dismiss") [D.E. 15].

5. Upon filing the Motion to Dismiss, the Court issued an electronic automatic message that generated a May 21, 2025, deadline in an ECF Notice consistent with S.D Fla. Local Rule 7.1(c), which generally requires a response to a pending motion within fourteen days. *See* S.D. Fla. L.R. 7.1(c)(1).

6. As a result, there is a conflict between the deadlines in the Court's April 9, 2025, Order and its May 7, 2025, electronic automatic message.

7. Therefore, Plaintiffs request that this Court issue an Order clarifying that the June 6, 2025, deadline to respond to Defendant's Motion to Dismiss applies and governs over the May 7, 2025, automatic message issued by the Court.

8. This Motion is brought in good faith and is not being made for purposes of delay or any other improper or dilatory purpose.

**CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), the undersigned counsel certifies that he conferred via email with Defendant's counsel, Erich O. Grosz, Esq., on May 19, 2025, regarding the relief requested in this Motion, and Defendant's counsel confirmed that Defendant does not oppose the requested relief.

**WHEREFORE**, Plaintiffs The Donald J. Trump Revocable Trust, DJT Holdings, LLC, DJT Holdings Managing Member, LLC, DTTM Operations, LLC, and Eric Trump respectfully request that this Court enter an Order clarifying that Plaintiffs' Response to the Motion to Dismiss is due on June 6, 2025, and that Defendant's Reply thereto is due June 20, 2025, and granting such other and further relief as this Court deems just and proper.

Dated May 20, 2025                                      Respectfully submitted,

 

**BRITO, PLLC**
*Counsel for Plaintiffs*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com
Secondary: chernandez@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 20th day of May 2025 through the Florida Courts E-filing Portal upon:

**Debevoise & Plimpton, LLP**
Helen Cantwell, Esq.
Susan Reagan Gittes, Esq.
Erich O. Grosz, Esq.
66 Hudson Boulevard
New York, New York 10001
hcantwell@debevoise.com
srgittes@debevoise.com
eogrosz@debevoise.com
*Counsel for Defendant*

**Gelber Schachter & Greenberg, P.A.**
Adam Schachter, Esq.
Gerald Greenberg, Esq.
Shane Grannum, Esq.
1 SE 3rd Avenue, Suite 2600
Miami, Florida 33131
aschachter@gsgpa.com
ggreenberg@gsgpa.com
sgrannum@gsgpa.com
*Co-counsel for Defendant*

By: /s/ *Alejandro Brito*