UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE DONALD J. TRUMP REVOCABLE
TRUST, DJT HOLDINGS, LLC, a Delaware
limited liability company, DJT HOLDINGS
MANAGING MEMBER, LLC, a Delaware
limited liability company, DTTM
OPERATIONS, LLC, a Delaware limited
liability company, and ERIC TRUMP,
an individual,

    Plaintiffs,

vs.

CAPITAL ONE, N.A., a Virginia
Corporation,

    Defendant.
_____/

Case No. 1:25-cv-21596-RKA

**PLAINTIFFS' MOTION TO ALTER BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO STAY DISCOVERY [D.E. 16]**

Plaintiffs The Donald J. Trump Revocable Trust, DJT Holdings, LLC, DJT Holdings Managing Member, LLC, DTTM Operations, LLC, and Eric Trump (collectively "Plaintiffs") by and through undersigned counsel, hereby submit their Motion to Alter Briefing Schedule for Defendant Capital One, N.A.'s Motion to Stay Discovery [D.E. 16]. In support, Plaintiffs state as follows:

1. On May 7, 2025, Defendant Capital One, N.A. filed its Motion to Stay Discovery ("Motion to Stay") [D.E. 16].

2. Plaintiffs' response to the Motion to Stay is due on or before May 21, 2025. *See* S.D. Fla. L.R. 7.1(c)(1).

3. In the Motion to Stay, Defendant's primary argument is that discovery should be stayed until Defendant's Motion to Dismiss Plaintiffs' Complaint [D.E. 7] ("Motion to Dismiss") is adjudicated. *See* D.E. 16, pp. 2-5.

4. Plaintiffs are not required to respond to the Motion to Dismiss until June 6, 2025, and the Motion to Dismiss is not scheduled to be fully briefed until June 20, 2025. *See* D.E. 9.

5. Given that Plaintiffs have not yet marshaled all arguments that could be raised in opposition to Defendant's Motion to Dismiss, it would be premature for Plaintiffs to be required to respond to Defendant's Motion to Stay before they have responded to Defendant's Motion to Dismiss.

6. As a result, Plaintiffs respectfully request that the Court issue an Order that sets the same briefing schedule for the Motion to Dismiss to apply to the Motion to Stay:

| Task | Deadline |
| --- | --- |
| Plaintiffs' response to Defendant's Motion to Stay | June 6, 2025 |
| Defendant's reply, if any, to Plaintiffs' response in opposition to the Motion to Stay | June 20, 2025 |

7. This Motion is brought in good faith and is not being made for purposes of delay or any other improper or dilatory purpose.

**CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), the undersigned counsel certifies that he conferred via email with Defendant's counsel, Erich O. Grosz, Esq., on May 19, 2025, regarding the relief requested in this Motion, and Defendant's counsel confirmed that Defendant opposes the requested relief. Although Defendant offered to extend the deadline to respond to the Motion to Stay until June 16, 2025, it was contingent on Plaintiffs' agreement to extend the deadline for Defendant to

respond to Plaintiffs' pending discovery requests until that date. Plaintiffs did not agree to that contingency.

**WHEREFORE**, Plaintiffs The Donald J. Trump Revocable Trust, DJT Holdings, LLC, DJT Holdings Managing Member, LLC, DTTM Operations, LLC, and Eric Trump respectfully request that this Court enter an Order allowing Plaintiffs until June 6, 2025, to respond to the Motion to Stay and allowing Defendant until June 20, 2025, to reply to Plaintiff's opposition and granting such other and further relief as this Court deems just and proper.

Dated May 20, 2025

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiffs*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com
Secondary: chernandez@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 20th day of May 2025 through the Florida Courts E-filing Portal upon:

**Debevoise & Plimpton, LLP**
Helen Cantwell, Esq.
Susan Reagan Gittes, Esq.
Erich O. Grosz, Esq.
66 Hudson Boulevard
New York, New York 10001
hcantwell@debevoise.com
srgittes@debevoise.com
eogrosz@debevoise.com
*Counsel for Defendant*

**Gelber Schachter & Greenberg, P.A.**
Adam Schachter, Esq.
Gerald Greenberg, Esq.
Shane Grannum, Esq.
1 SE 3rd Avenue, Suite 2600
Miami, Florida 33131
aschachter@gsgpa.com
ggreenberg@gsgpa.com
sgrannum@gsgpa.com
*Co-counsel for Defendant*

By: /s/ *Alejandro Brito*