**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/LETT**

THE DONALD J. TRUMP REVOCABLE
TRUST, *et al.*,

    Plaintiffs,

v.

CAPITAL ONE, N.A.,

    Defendant.
_____/

**JOINT MOTION TO EXTEND DEADLINE TO DISCLOSE**
**MEDIATION DATE, TIME, AND LOCATION**

Plaintiffs The Donald J. Trump Revocable Trust, DJT Holdings, LLC, DJT Holdings Managing Member, LLC, DTTM Operations, LLC, and Eric Trump ("Plaintiffs") and Defendant Capital One, N.A. ("Capital One") (collectively, the "Parties") jointly move to extend the deadline to disclose the date, time, and location of mediation to **June 6, 2025**, pursuant to the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (the "Scheduling Order"). ECF No. 14. In support thereof, the Parties state as follows:

    1.    On April 7, 2025, Capital One removed the above-captioned action to this Court. ECF No. 1.

    2.    On April 30, 2025, the Court entered the Scheduling Order in this action and required the Parties to "select a mediator in accordance with Local Rule 16.2[,] schedule a time, date, and place for mediation[,] and jointly file a proposed order scheduling mediation" by June 2, 2025. ECF No. 14 at 1.

1

3. During the past month, the Parties have had multiple productive communications about prospective mediators. However, the Parties did not agree on a mediator until June 2, 2025, when they mutually agreed to designate Ret. Judge John W. Thornton, Jr. as the mediator in this action. Judge Thornton has indicated that he is available to oversee the mediation.

4. Nevertheless, the Parties require a brief extension to find a mutually-agreeable date, time, and location for mediation—particularly given that counsel and each party (or representatives thereof with full authority to enter into a compromise or settlement) must be in attendance. *See* S.D. Fla. Loc. R. 16.2(e); ECF No. 14 at 1 n.1.

5. Accordingly, the Parties have filed this Joint Motion and believe that good cause exists for the Court to briefly extend the deadline to disclose the date, time, and location for mediation with Judge Thornton.

6. If the Court grants this Motion, the Parties will file their joint mediation notice and proposed order by June 6, 2025, designating Judge Thornton as mediator and specifying the date, time, and location for mediation.

7. The Parties have not proposed this extension for purposes of delay. The Parties have already agreed to select Ret. Judge John W. Thornton, Jr. as the mediator and merely require a brief extension to find a mutually-agreeable date, time, and location. Further, given the relatively modest nature of the time requested, the proposed extension will not prejudice the Court or any party to this action.

8. Accordingly, the Parties have filed this Joint Motion in good faith and believe good cause exists to grant the requested extension.

**CONCLUSION**

Based on the foregoing, the Parties respectfully request that the Court grant this Joint Motion and extend the deadline to **June 6, 2025** for the Parties to disclose the date, time, and location of their mediation with Ret. Judge John W. Thornton, Jr. A proposed order granting this Joint Motion is attached hereto as **Exhibit A**.

Dated: June 2, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* | */s/ Gerald E. Greenberg* |
| ALEJANDRO BRITO | GERALD E. GREENBERG |
| Florida Bar No. 098442 | Florida Bar No. 440094 |
| abrito@britopllc.com | ggreenberg@gsgpa.com |
| IAN MICHAEL CORP | ADAM M. SCHACHTER |
| Florida Bar No. 1010943 | Florida Bar No. 647101 |
| icorp@britopllc.com | aschachter@gsgpa.com |
| BRITO, PLLC | SHANE GRANNUM |
| 2121 Ponce de Leon Boulevard | Florida Bar No. 1055050 |
| Suite 650 | sgrannum@gsgpa.com |
| Coral Gables, Florida 33134 | GELBER SCHACHTER & GREENBERG, P.A. |
| apiriou@britopllc.com | One Southeast Third Avenue, Suite 2600 |
| | Miami, Florida 33131 |
| *Counsel for Plaintiffs* | Telephone: (305) 728-0950 |
| | E-service: efilings@gsgpa.com |

HELEN V. CANTWELL*
hcantwell@debevoise.com
SUSAN REAGAN GITTES*
srgittes@debevoise.com
ERICH O. GROSZ*
eogrosz@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Admitted *pro hac vice*

*Counsel for Defendant Capital One, N.A.*