# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 25-cv-21596-ALTMAN/LETT**

THE DONALD J. TRUMP REVOCABLE
TRUST, *et al.*,

    Plaintiffs,

v.

CAPITAL ONE, N.A.,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO DISCLOSE MEDIATION DATE, TIME, AND LOCATION**

THIS MATTER is before the Court on the Joint Motion to Extend Deadline to Disclose Mediation Date, Time, and Location (the "Joint Motion for Extension") filed by Plaintiffs The Donald J. Trump Revocable Trust, DJT Holdings, LLC, DJT Holdings Managing Member, LLC, DTTM Operations, LLC, and Eric Trump and Defendant Capital One, N.A. (collectively, the "Parties"). ECF No. **[#]**. For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion for Extension is **GRANTED**.

2. On or before **JUNE 6, 2025**, the Parties shall file a joint mediation notice and proposed order designating Ret. Judge John W. Thornton, Jr. as the mediator in this action and specifying a date, time, and location for the mediation.

**DONE AND ORDERED** in the Southern District of Florida on June ___, 2025.

                                            _____
                                            ROY K. ALTMAN
                                            UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record