UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21596-Altman/Lett

**THE DONALD J. TRUMP
REVOCABLE TRUST**, *et al.*,

    Plaintiffs,

v.

**CAPITAL ONE, N.A.**,

    Defendant.
_____/

# ORDER

THIS CAUSE came before the Court on July 22, 2025 for a hearing on Defendant's Motion to Stay Discovery ("Motion") [ECF No. 16], filed May 7, 2025. For the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** that the Motion is **GRANTED**. Discovery shall be **STAYED** pending the resolution of Defendant's Motion to Dismiss the First Amended Complaint [ECF No. 37], or until further order of the Court.

**DONE and ORDERED** in Chambers in Miami, Florida on this 22nd day of July, 2025.

                                                */s/ Enjoliqué A. Lett*
                                                **ENJOLIQUÉ A. LETT**
                                                **UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record