**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/LETT**

THE DONALD J. TRUMP REVOCABLE
TRUST, *et al.*,

      Plaintiffs,

v.

CAPITAL ONE, N.A.,

      Defendant.

_____/

**<u>DEFENDANT'S NOTICE OF NINETY DAYS EXPIRING</u>**

Pursuant to Southern District of Florida Local Rule 7.1(b)(4)(A), Defendant Capital One,

N.A. ("Capital One") files this Notice of Ninety Days Expiring, and states as follows:

1.      On July 11, 2025, Capital One filed its Motion to Dismiss the Amended Complaint

("Motion to Dismiss"), which remains pending before the Court. Dkt. No. 37.

2.      On August 22, 2025, Plaintiffs filed their response in opposition to the Motion to

Dismiss. Dkt. No. 45.

3.      On September 5, 2025, Capital One filed its reply in support of the Motion to

Dismiss. Dkt. No. 46.

4.      No hearing has been scheduled or held on Capital One's Motion to Dismiss.

Dated: December 19, 2025        Respectfully submitted,

/s/ Shane Grannum
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
E-service: efilings@gsgpa.com

GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950

HELEN CANTWELL*
hcantwell@debevoise.com
SUSAN REAGAN GITTES*
srgittes@debevoise.com
ERICH O. GROSZ*
eogrosz@debevoise.com

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Admitted pro hac vice

Counsel for Defendant Capital One, N.A.

2