UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DONALD J. TRUMP REVOCABLE TRUST, et al.,

    Plaintiff,

v.

CAPITAL ONE, N.A., a Virginia Corporation,

    Defendant.

Case No.: 1:25-cv-21596-RKA

## MEDIATOR'S REPORT

The Parties and their attorneys met with the undersigned mediator on February 04, 2026, in good faith to attempt to mediate this matter to resolution. All parties and counsel were present. The mediator/neutral reports that the parties were not able to reach an agreement and are now at an impasse.

_____
John W. Thornton, Jr. JAMS
Mediator/Neutral
DATE: February 05, 2026.