**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/Lett**

**THE DONALD J. TRUMP**
**REVOCABLE TRUST**, *et al.*,

     *Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

     *Defendant*.

_____/

## ORDER AFTER STATUS CONFERENCE

For the reasons stated on the record at our March 20, 2026 hearing on the Defendant's Motion to Dismiss [ECF No. 37], *see* Paperless Minute Entry Dated March 20, 2026 [ECF No. 53], we **ORDER and ADJUDGE** as follows:

1. Capital One's Motion to Dismiss [ECF No. 37] is **GRANTED**.

2. The Plaintiffs' First Amended Complaint [ECF No. 32] is **DISMISSED** *without prejudice* **and with leave to amend**.

3. The parties shall conduct discovery for **90 days** from the date of this Order.

4. The Plaintiffs shall file their Second Amended Complaint by **July 2, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on March 20, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record