**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/LETT**

THE DONALD J. TRUMP REVOCABLE
TRUST, *et al.*,

      Plaintiffs,

v.

CAPITAL ONE, N.A.,

      Defendant.

_____/

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Southern District of Florida Local Rule 5.4, Plaintiffs The Donald J. Trump Revocable Trust, Eric Trump, DJT Holdings Managing Member, LLC, DJT Holdings, LLC, Eric Trump Wine Manufacturing, LLC, Lamington Family Holdings, LLC, Mobile Payroll Construction, LLC, Pine Hill Development, LLC, T International Realty, LLC, TNGC Charlotte, LLC, Trump Ice, LLC, and DTTM Operations, LLC (collectively, "Plaintiffs") and Defendant Capital One, N.A. ("Capital One" and, together with Plaintiffs, the "Parties") file this Joint Motion for Leave to File Under Seal an unredacted version of the Parties' Joint Motion for Discovery Hearing ("Joint Discovery Hearing Motion"). Dkt. No. 55. In support thereof, the Parties state as follows:

1.      On April 30, 2025, Plaintiff Eric Trump served Capital One with his First Request for Production and First Set of Interrogatories.

2.      On March 23, 2026, the Court entered its Order After Status Conference, granting Capital One's Motion to Dismiss and allowing the Parties to engage in discovery for 90 days. Dkt. No. 54.

1

3.      The Parties then conferred and resolved all but two issues regarding these discovery requests, prompting them to seek a discovery hearing in accordance with Magistrate Judge Lett's Standing Discovery Order ("SDO").

4.      On April 17, 2026, Plaintiffs filed the Joint Discovery Hearing Motion on behalf of the Parties, requesting a Court hearing to resolve these disputes. In accordance with the SDO, the Parties attached several exhibits including Capital One's Responses and Objections to Plaintiff Eric Trump's First Set of Interrogatories.

5.      Prior to filing the Joint Discovery Hearing Motion, the Parties agreed to redact the names of certain individuals who developed, revised, or finalized certain account closure policies, or oversaw, managed, or supervised Plaintiffs' bank accounts with Capital One (the "Proposed Sealed Material").

6.      However, Plaintiffs inadvertently filed an unredacted version of the Joint Discovery Heairng Motion on the public docket, which the Clerk of the Court has since restricted access temporarily while this Joint Motion for Leave Under Seal remains pending.

7.      Now, pursuant to Local Rule 5.4(b)(1), the Parties seek to file the Joint Discovery Hearing Motion on the public docket with redactions and move for leave to file the unredacted version (initially filed on the public docket in error) under seal.

8.      Although "proceedings in the United States District Court are [normally] public and Court filings are matters of public record," S.D. Fla. Loc. R. 5.4(b)(1), courts "have discretion to determine which portions of the record should be placed under seal[ ] . . . ." *Perez-Guerrero v. U.S. Att'y Gen.*, 717 F.3d 1224, 1225 (11th Cir. 2013). However, the presumptive "common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the [designating] party's interest in keeping the information

confidential." *Hall v. Sargeant*, 2019 WL 13067272, at *1 (S.D. Fla. Dec. 12, 2019) (citation modified) (quoting *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007)).

9.      Here, good cause exists for the Court to seal the unredacted version of the Joint Discovery Hearing Motion.

10.      *First*, the Parties agree that the Proposed Sealed Material warrants redaction at this time. Capital One maintains that these redactions are necessary to protect legitimate privacy interests of certain current and former employees, although these redactions may be narrowed or removed over time as discovery clarifies which issues are relevant to this case.[1]

11.      *Second*, the Parties have chosen the least onerous or restrictive means possible in seeking to file an unredacted version of the Joint Discovery Hearing Motion under seal. The Parties do not ask the Court to seal the Joint Discovery Hearing motion in its entirety. Rather, the Proposed Sealed Material is limited to the redaction of just a few names. This limited, narrowly tailored redaction protects the legitimate privacy interests of Capital One's current and former employees without encroaching upon the common law right of access.

## CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court grant this Motion; order the Parties to file a redacted version on the public docket; and direct the Clerk of the Court to seal the unredacted version of the Joint Discovery Hearing Motion (Dkt. No. 55), which shall remain sealed unless and until the Court decides otherwise or the Parties mutually agree to unseal. Attached as **Exhibit A** is a proposed order granting this Motion.

---

[1] The Parties have also agreed to a Confidentiality Stipulation and Protective Order governing discovery materials in this case and will imminently move for the approval and entry of this document. If approved and entered, this document will establish uniform criteria for the protection of sensitive information, ensuring that the Court and the Parties apply a consistent standard for redactions and filings under seal throughout this litigation.

Dated: April 20, 2026

/s/ Alejandro Brito
ALEJANDRO BRITO
Florida Bar No. 098442
IAN MICHAEL CORP
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, Florida 33134
abrito@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Shane Grannum
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

HELEN V. CANTWELL*
hcantwell@debevoise.com
SUSAN REAGAN GITTES*
srgittes@debevoise.com
ERICH O. GROSZ*
eogrosz@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

* Admitted *pro hac vice*

*Counsel for Defendant Capital One, N.A.*