**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

**THE DONALD J. TRUMP**
**REVOCABLE TRUST**, *et al.*,

     *Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

     *Defendant*.

_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL AND ENTRY OF**
**STIPULATED PROTECTIVE ORDER AND STIPULATED ESI PROTOCOL**

THIS MATTER comes before the Court on the Parties' Joint Motion for Approval and Entry of Stipulated Protective Order and Stipulated ESI Protocol ("Joint Motion"). [DE 59].  The Court has reviewed the Joint Motion, the Protective Order, and the ESI Protocol, and is otherwise fully advised in the premises.

Accordingly, based upon the parties' agreement and for good cause shown, it is **ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED** such that the parties shall comply with the Stipulated Protective Order [DE 59-1] and the Stipulated ESI Protocol [DE 59-2], subject to the following modifications:

1.     If a dispute arises relating to this Order or otherwise concerning discovery, the parties must confer either in person, by videoconference, or by telephone, and engage in a good faith effort to resolve the dispute before seeking Court intervention.  Email correspondence alone is insufficient.

2.     The parties shall not raise discovery disputes by motion absent leave of the Court. If after conferring the parties are unable to resolve their dispute without Court intervention, the

1

parties shall follow the undersigned's Discovery Procedures to request a hearing instead of filing a motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of April, 2026.

 

_____

YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record