**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

THE DONALD J. TRUMP
REVOCABLE TRUST, *et al.*,

     *Plaintiffs*,

v.

CAPITAL ONE, N.A.,

     *Defendant*.

_____/

## ORDER ON DISCOVERY DISPUTES

For the reasons stated at the April 28, 2026 hearing, it is **ORDERED** as follows:

1.     Plaintiffs' *Ore Tenus* Motion for the parties to adopt a time period of January 2019 to the present for the collection and production of documents responsive to Plaintiff Eric Trump's First Request for Production is **GRANTED in part** and **DENIED in part**.  The operative period shall be from January 1, 2019, to October 31, 2021, subject to the constraints outlined in open court.

2.     Plaintiffs' *Ore Tenus* Motion to compel Defendant Capital One to produce discovery regarding its current account-closure policies and procedures responsive to Item 18 in Plaintiff Eric Trump's First Request for Production and Interrogatory No. 2 is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, on April 28, 2026.

_____
YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE