# EXHIBIT B.4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

THE DONALD J. TRUMP REVOCABLE
TRUST, *et al.*,

     Plaintiffs,

v.

CAPITAL ONE, N.A.,

     Defendant.

_____/

**DEFENDANT'S NOTICE OF TAKING**
**VIDEOTAPED DEPOSITION PURSUANT TO RULE 30(B)(6)**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Defendant Capital One, N.A. ("Defendant" or "Capital One"), by and through

undersigned counsel, will take the deposition by oral examination of a corporate representative

of THE DONALD J. TRUMP REVOCABLE TRUST,  DJT HOLDINGS MANAGING

MEMBER, LLC, DJT HOLDINGS, LLC, ERIC TRUMP WINE MANUFACTURING, LLC,

LAMINGTON FAMILY HOLDINGS, LLC,  MOBILE PAYROLL CONSTRUCTION, LLC,

PINE HILL DEVELOPMENT, LLC, T INTERNATIONAL REALTY, LLC, TNGC

CHARLOTTE, LLC, TRUMP ICE, LLC, and DTTM OPERATIONS, LLC, with knowledge as

to the topics listed in Schedule A hereto, on June 26, 2026 at 9:00 a.m. ET at the offices of

Debevoise & Plimpton LLP, 66 Hudson Boulevard, New York, NY 10001.  The deposition will

be recorded by video and stenographic means before a notary public or other officer qualified to

administer oaths pursuant to Fed. R. Civ. P. 28(a).  The deposition will be taken for the purpose

of discovery, for use at trial, or at other hearings, and for such other purposes as are permitted by

1

law or under the Federal Rules of Civil Procedure.  The deposition will continue day to day as necessary, excluding Sundays and holidays, until the examination is completed.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Shane Grannum*

GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
E-service: efilings@gsgpa.com

GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950

HELEN CANTWELL*
hcantwell@debevoise.com
SUSAN REAGAN GITTES*
srgittes@debevoise.com
ERICH O. GROSZ*
eogrosz@debevoise.com

DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Admitted *pro hac vice*

*Counsel for Defendant Capital One, N.A.*

2

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that, on June 12, 2026, a true and correct copy of the foregoing

was served on all counsel of record via the email addresses listed on the Court's CM/ECF filing

system.

*/s/ Shane Grannum*
Shane Grannum
Florida Bar No. 1055050

## SCHEDULE A

## TOPICS FOR RULE 30(B)(6) DEPOSITION

1. The closure of Plaintiffs' Capital One accounts.

2. Plaintiffs' efforts to find alternative services from any financial institution as a result of the closure of Plaintiffs' Capital One accounts.

3. Plaintiffs' "due diligence" regarding the closure of Plaintiffs' Capital One accounts, as alleged in the First Amended Complaint. Am. Compl. ¶ 53.

4. The factual basis for the allegation that Plaintiffs "learned that Capital One terminated Plaintiffs' Accounts as a result of political discrimination against President Trump, the Trump Organization, and the Trump family." Am. Compl. ¶ 53.

5. The factual basis for all damages claimed by any of the Plaintiffs in this matter, including but not limited to the "financial harm" and "reputational harm" allegedly incurred by Plaintiffs as a result of the closure of Plaintiffs' Capital One accounts. Am. Compl. ¶¶ 48–49, 59, 68, 75, 81, 88, 95, 173.

6. Any request to Capital One for any extension of the time period by which any of Plaintiffs' Capital One accounts would be closed.

7. Accounts held or used by or on behalf of any Plaintiff at any financial institution other than Capital One at any time between January 1, 2021 and October 31, 2021.

8. Accounts opened by any Plaintiff at any financial institution other than Capital One as a result of the closure of Plaintiff's accounts by Capital One.

9. Any transfers of assets from any of Plaintiffs' Capital One accounts to any other accounts after the March 8, 2021 notification from Capital One to Plaintiffs regarding the closure of their accounts.

10. Any financial transactions or business activities by or involving any Plaintiff that Plaintiffs claim could not be completed or was otherwise impacted as a result of the closure of Plaintiffs' Capital One accounts.

11. Any financial transactions and business activities of any Plaintiff between August 1, 2020 and December 31, 2020 involving Wollman Rink in New York City.

12. Any financial transactions and business activities of any Plaintiff between July 1, 2016 and October 31, 2016 involving the purchase of condominium units at Trump International Hotel Las Vegas by Milan Investment Limited Co. or the refinancing of Trump International Hotel Las Vegas.

13. Any financial transactions and business activities of any Plaintiff between January 1, 2012 and December 31, 2015 in connection with the proposed construction of a hotel and/or condominium tower in Baku, Azerbaijan.

14. Any financial transactions and business activities of any Plaintiff during February 2021 involving TTT Consulting.

15. Any Plaintiff's decision to file this lawsuit or otherwise make any claim against Capital One regarding the closure of Plaintiffs' accounts.

16. Any steps taken by or on behalf of any Plaintiff to identify, preserve, and collect relevant documents and other evidence in connection with this action.