# EXHIBIT B.9



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 18, 2026

BY EMAIL

Alejandro Brito
Brito PLLC
2121 Ponce de Leon, Suite 650
Coral Gables, FL 33134
abrito@britopllc.com

**Re:  The Donald J. Trump Revocable Trust, et al. v. Capital One, N.A.**
     **Case No. 25-cv-21596-RKA**

Dear Mr. Brito:

On behalf of Capital One, N.A. ("Capital One"), we are producing today documents bearing Bates numbers CONAFL-00002147 - CONAFL-00007511 via electronic file transfer, for which you will receive the necessary access notification.

These documents are being produced in response to Plaintiff Eric Trump's First Request for Production and pursuant to the Court's Order dated March 20, 2026.  The documents are also subject to the Protective Order dated April 21, 2026, and Defendant's Responses and Objections to Plaintiff Eric Trump's First Request for Production.  In accordance with the parameters we have agreed upon with you, this production substantially completes Capital One's production of documents responsive to Plaintiff Eric Trump's First Request for Production.

Where appropriate, documents have been designated as "Confidential Information," and personally identifiable information has been redacted.  Additionally, documents in the production contain redactions for information protected by the Bank Examiner Privilege, the attorney-client privilege, the attorney work product doctrine, and the Bank Secrecy Act, 31 U.S.C. §§ 5311–5336.

In producing these documents, Capital One has not knowingly included any documents or information covered by the attorney-client privilege, the work product doctrine, the bank examiner privilege, or any other applicable privilege or protection.  Any inadvertent production of privileged or work product materials should not be considered a waiver of the relevant protection.  In the event that you conclude that privileged or work product materials may have been inadvertently produced, we ask that you cease review of such materials and notify us immediately.

Alejandro Brito                                 2                                 June 18, 2026

If you have any questions regarding the information provided in this letter or the referenced materials, please contact me at 212-909-6312 or hcantwell@debevoise.com.

Sincerely,

Helen V. Cantwell
Susan Reagan Gittes

cc:    Ian Corp
       Jalaine Garcia
       Shane Grannum
       Gerald D. Greenberg
       Adam M. Schachter