**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

**THE DONALD J. TRUMP**
**REVOCABLE TRUST**, *et al.*,

    *Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

    *Defendant*.

_____/

## ORDER ON DISCOVERY DISPUTES

For the reasons stated in open court at the July 27, 2026 telephonic hearing, it is hereby

**ORDERED** that:

1. Defendant's *Ore Tenus* Motion to compel production of documents responsive to its First Request for Production is **DENIED as moot** given the parties' agreement; and

2. Plaintiffs' *Ore Tenus* Motion to compel production of additional documents related to its Second Request for Production of Documents is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on July 27, 2026.

_____
YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE