**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/Hernandez**

**THE DONALD J. TRUMP**
**REVOCABLE TRUST**, *et al.*,

*Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

*Defendant*.
_________________________________/

**ORDER GRANTING MOTION TO CONTINUE SEALING**

Our Defendant, Capital One N.A. ("Capital One"), has filed a Motion for Continued Sealing of Certain Sealed Information (the "Motion") [ECF No. 92]. After careful review, and for the good cause shown in the Motion, we hereby **ORDER and ADJUDGE** as follows:

1. Capital One's request to continue sealing names and other personal identifiers of third-party individuals in the Second Amended Complaint and its exhibits [ECF No. 81] is **GRANTED**.
2. Capital One's request to continue sealing sensitive information, as specified in the Motion, in Exhibits B, D, E, F, H, and K of the Second Amended Complaint is **GRANTED**.

**DONE AND ORDERED** in the Southern District of Florida on August 3, 2026.

_________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record