# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE DONALD J. TRUMP REVOCABLE　　　　　Case No. 1:25-cv-21596-RKA
TRUST, *et al.*,

　　　　Plaintiffs,

vs.

CAPITAL ONE, N.A., a Virginia
Corporation,

　　　　Defendant.

_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS MATTER** is set for trial during the Court's two-week trial calendar beginning on **October 18, 2027**. Counsel for all Parties shall also appear at a **Calendar Call** at **11:00 a.m. on October 11, 2027**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 12-4 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. This case shall be assigned to the Complex Track pursuant to Local Rule 16.1(a), and the Parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Exchange of initial disclosures by | **Completed** |
| 2. | Joinder of any additional parties and filing of motions to amend the complaint by | **Completed** |
| 3. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **March 12, 2027** |
| 4. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Dec. 18, 2026** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Jan. 29, 2027** |

6.  Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **Completed**

7.  Fact discovery shall be completed by **Feb. 5, 2027**

    **[at least five months before Trial date]**

8.  Expert discovery shall be completed by **March 12, 2027**

    **[at least five months before Trial date]**

9.  Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by **April 30, 2027**

    **[at least four months before Trial date]**

10. Mediation shall be completed by **Completed**

    **[at least three months before Trial date]**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **September 3, 2027**

    **[at least two months before Trial date]**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **October 4, 2027**

    **[at least one month before Trial date]**

13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by **October 8, 2027**

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2026.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record