**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

**THE DONALD J. TRUMP**
**REVOCABLE TRUST**, *et al.*,

*Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

*Defendant*.
_______________________________________/

**ORDER ON DISCOVERY DISPUTES**

Before the Court is Defendant Capital One, N.A.'s ("Capital One") Motion for Sealing of Privilege Log ("Motion to Seal"). [ECF No. 101]. For good cause shown, it is **ORDERED AND ADJUDGED** that the Motion to Seal is **GRANTED** as follows:

1. Capital One's request to file its unredacted July 2, 2026 Privilege Log under seal in connection with the Notice of Discovery Hearing, [ECF No. 100], is **GRANTED**. The unredacted version shall remain **SEALED** until further order of this Court;
2. Capital One's request to file a fully redacted version of its July 2, 2026 Privilege Log publicly in connection with the Notice of Discovery Hearing, [ECF No. 100], is **GRANTED**.

**DONE AND ORDERED** in the Southern District of Florida on August 17, 2026.

YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE