**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-21596-ALTMAN/HERNANDEZ**

THE DONALD J. TRUMP REVOCABLE TRUST, *et al.*,

Plaintiffs,

v.

CAPITAL ONE, N.A.,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF FILING REDACTED PRIVILEGE LOG**

Pursuant to Southern District of Florida Local Rule 5.4 and the Court's August 17, 2026 Order on Discovery Disputes, Dkt. No. 102, Defendant Capital One, N.A. ("Capital One") files this Notice of Filing and states as follows:

1. On August 13, 2026, the Parties filed their Joint Notice of Discovery Hearing Related to Defendant's July 2, 2026 Privilege Log ("Joint Discovery Hearing Notice"). Dkt. No. 100. A hearing has been set on this matter for September 9, 2026. Dkt. No. 96.

2. On August 17, 2026, the Court entered an order granting Capital One's request to file a fully redacted version of its July 2, 2026 Privilege Log publicly in connection with the Joint Discovery Hearing Notice. Dkt. No. 102 ¶ 2.

3. Accordingly, attached as **Exhibit A** is a fully redacted version of Capital One's July 2, 2026 Privilege Log.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Adam M. Schachter*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
SHANE GRANNUM
Florida Bar No. 1055050
sgrannum@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

HELEN V. CANTWELL*
hcantwell@debevoise.com
SUSAN REAGAN GITTES*
srgittes@debevoise.com
ERICH O. GROSZ*
eogrosz@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

*Admitted *pro hac vice*

*Counsel for Defendant Capital One, N.A.*