# EXHIBIT A

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]



* Individuals marked with an asterisk are attorneys.

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

Case 1:25-cv-21596-RKA Document 103-1 Entered on FLSD Docket 08/17/2026 Page 50 of 121



| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

[redacted]

Case 1:25-cv-21596-RKA Document 103-1 Entered on FLSD Docket 08/17/2026 Page 116 of 121


| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |

| Identifier | Bates Beg | Bates End | Author | From | To | CC | BCC | Slack Participants | Other Privileged Actors | Date | Filename | Subject | Document Type | Narrative | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | |