**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

THE DONALD J. TRUMP REVOCABLE TRUST, *et al*.,

Case No. 1:25-cv-21596-RKA

Plaintiffs,

vs.

CAPITAL ONE, N.A., a Virginia Corporation,

Defendant.
_______________________________________/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE**
**<u>IN OPPOSITION TO MOTION TO DISMISS UNDER SEAL</u>**

Pursuant to Southern District of Florida Local Rule 5.4, Plaintiffs THE DONALD J. TRUMP REVOCABLE TRUST, ERIC TRUMP, DJT HOLDINGS MANAGING MEMBER, LLC, DJT HOLDINGS, LLC, ERIC TRUMP WINE MANUFACTURING, LLC, LAMINGTON FAMILY HOLDINGS, LLC, MOBILE PAYROLL CONSTRUCTION, LLC, PINE HILL DEVELOPMENT, LLC, T INTERNATIONAL REALTY, LLC, TNGC CHARLOTTE, LLC, TRUMP ICE, LLC, and DTTM OPERATIONS, LLC (collectively, "Plaintiffs"), move to file a partially redacted version of their response in Opposition to Defendant's Motion to Dismiss the Second Amended Complaint (the "Response") on the public docket, with an unredacted version filed under seal. The Response necessarily references and quotes from documents and testimony that are currently sealed in this action. The proposed redactions are narrowly tailored to protect only the categories of information that this Court has already ordered sealed. In support of this Motion, Plaintiffs state as follows:

## BACKGROUND

1. On April 21, 2026, the Court entered the Confidentiality Stipulation and Protective Order (the "Protective Order"), which governs the disclosure and use of information produced in this matter and designated as "Confidential" or "Attorneys' Eyes Only" by a producing party. [ECF Nos. 59-1, 63]. Specifically, the Protective Order provides that "[a]ll pleadings, motion papers, memoranda, affidavits, exhibits, transcripts and other papers that consist of or contain Confidential and/or Attorneys' Eyes Only Information shall, if filed with the Court, shall be accompanied by a motion to seal pursuant to all applicable local rules." [ECF No. 59-1 ¶ 11].

2. On August 3, 2026, the Court granted Defendant's Motion for Continued Sealing of Certain Sealed Information [ECF No. 93], which sealed names and personal identifiers of non-party individuals, Bank Secrecy Act–privileged material, commercially sensitive information, and customer account numbers appearing in exhibits to the Second Amended Complaint.

4. On July 31, 2026, Defendant filed its Motion to Dismiss the Second Amended Complaint [ECF No. 91]. Plaintiffs' Response addresses the arguments raised in Defendant's Motion to Dismiss and, in doing so, necessarily references and quotes from documents and testimony that Capital One designated as Confidential under the Protective Order and that this Court has ordered sealed [ECF No. 93].

## LEGAL STANDARD

Although "proceedings in the United States District Court are [normally] public and Court filings are matters of public record," S.D. Fla. Loc. R. 5.4(a), courts "have discretion to determine which portions of the record should be placed under seal." *Perez-Guerrero v. U.S. Att'y Gen.*, 717 F.3d 1224, 1225 (11th Cir. 2013). The presumptive "common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

[designating] party's interest in keeping the information confidential." *Hall v. Sargeant*, 2019 WL 13067272, at *1 (S.D. Fla. Dec. 12, 2019) (citation modified) (quoting *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007)). In the Southern District of Florida, any sealing must be narrowly tailored and subject to a limited duration of time. S.D. Fla. Loc. R. 5.4(b)(1).

**MEMORANDUM OF LAW**

Good cause exists for the Court to permit Plaintiffs to file the Response with limited redactions. The Response quotes from and discusses documents and testimony that Capital One designated as Confidential under the Protective Order. This Court has already determined that certain categories of information in those documents warrant sealing. The proposed redactions to the publicly filed version of the Response are narrowly tailored and limited to the categories and documents set forth in this Court's Order Granting Motion to Continue Sealing, each of which is consistent with the sealing protections already in place:

a. Names and personal identifiers of non-party individuals, including Capital One employees, consistent with this Court's August 3, 2026 Order [ECF No. 93]; and

b. Quotations from and references to the previously sealed portions of the Second Amended Complaint and its exhibits.

Plaintiffs propose to file a redacted version of the Response on the public docket simultaneously with the filing of the unredacted version under seal. The redacted version will be fully legible, and will permit the public to understand the substance of Plaintiffs' legal arguments, and the basis for their opposition to the Motion to Dismiss. The redactions will remove only the specific sealed information identified above. Plaintiffs cannot meaningfully respond to Defendant's Motion to Dismiss without referencing the documents and testimony that Defendant's Motion places at issue. Permitting Plaintiffs to file a partially redacted Response, with a complete,


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

unredacted version available to the Court under seal, preserves both the public's right of access to the substance of the litigation and the confidentiality protections this Court has already put in place.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Court grant this Motion, thereby permitting Plaintiffs to file a redacted version of their Response in Opposition on the public docket, with the unredacted version filed under seal. Attached as **Exhibit A** is a proposed order granting this Motion.

## LOCAL RULE 7.1(A)(3) CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), Plaintiffs certify that they conferred with Defendant's counsel via email prior to filing this Motion. Defendant does not oppose the relief requested herein to the extent the proposed redactions are consistent with the sealing protections ordered by this Court and the designations under the Protective Order.

Dated: August 20, 2026

Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiffs*
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Michael O. Mena*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**MICHAEL O. MENA**
Florida Bar No. 010664
Primary: mmena@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com
Secondary: chernandez@britopllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on August 20, 2026, through the Court's CM/ECF Filing Portal upon:

**Debevoise & Plimpton, LLP**
Helen Cantwell, Esq.
Susan Reagan Gittes, Esq.
Erich O. Grosz, Esq.
66 Hudson Boulevard
New York, New York 10001
hcantwell@debevoise.com
srgittes@debevoise.com
eogrosz@debevoise.com

*Counsel for Defendant*

**Gelber Schachter & Greenberg, P.A.**
Adam Schachter, Esq.
Gerald Greenberg, Esq.
Shane Grannum, Esq.
1 SE 3rd Avenue, Suite 2600
Miami, Florida 33131
aschachter@gsgpa.com
ggreenberg@gsgpa.com
sgrannum@gsgpa.com

*Co-counsel for Defendant*

By: /s/ *Michael O. Mena*


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071