**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

**THE DONALD J. TRUMP REVOCABLE TRUST**, *et al.*,

*Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

*Defendant*.
______________________________/

# ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File their Response in Opposition to Defendant's Motion to Dismiss Under Seal ("Motion to Seal"). [ECF No. 105]. For good cause shown, it is **ORDERED AND ADJUDGED** that the Motion to Seal is **GRANTED** as follows:

1. Plaintiffs' request to file an unredacted version of their Response in Opposition to Defendant's Motion to Dismiss, [ECF No. 91], is **GRANTED**. The unredacted version shall remain **SEALED** until further order of this Court;
2. Plaintiffs' request to file a fully redacted version of their Response in Opposition to Defendant's Motion to Dismiss, [ECF No. 91], on the public docket is **GRANTED**.

**DONE AND ORDERED** in the Southern District of Florida on August 20, 2026.

______________________________
YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE