**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

**THE DONALD J. TRUMP**
**REVOCABLE TRUST**, *et al.*,

*Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

*Defendant*.
_________________________________________/

# ORDER

For the reasons stated in open court at the September 9, 2026 Discovery Hearing, it is hereby **ORDERED** that Plaintiffs' *Ore Tenus* Motion for in Camera Review, [ECF No. 111], is **GRANTED IN PART**. The Court orders a limited in camera review for the reasons, and in the manner stated, on the record. The relevant regulatory agencies have until September 14, 2026 at 5:00 PM to file objections to this Order requiring limited in camera disclosure of certain documents identified in Defendant's privilege log.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2026.

_________________________________
YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE