**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21596-ALTMAN/HERNANDEZ**

**THE DONALD J. TRUMP REVOCABLE TRUST**, *et al.*,

*Plaintiffs*,

*v.*

**CAPITAL ONE, N.A.**,

*Defendant.*
_____________________________________/

**ORDER REQUIRING CLARIFICATION FROM DEFENDANT CAPITAL ONE CONCERNING *IN CAMERA* DOCUMENT REVIEW**

After Defendant Capital One ("Defendant" or "Capital One") withheld a tranche of documents asserting the Bank Secrecy Act and suspicious activity report privilege (together, "SAR privilege"), the Court granted, in part, Plaintiffs' motion for *in camera* review of a randomly selected sample of the withheld documents. *See* [ECF No. 113 at 43:15–16]. The Court specified that if that review raised questions about Defendant's reasons for withholding a set of documents, it would give Defendant a chance to explain its decision—*ex parte*, so that Defendant could discuss content. *Id.* at 47:6–11. The Court has completed its review and has identified five documents requiring further explanation.

So, Capital One shall, by **November 4, 2026**, file a supplement to the prior discovery notice, [ECF No. 100], outlining its reasons for withholding documents **13, 14, 15, 18, and 21**. That notice shall not exceed **ten double-spaced pages**. If necessary, Capital One may submit affidavits or declarations to support any asserted facts regarding internal bank procedure, and those filings will not add to its page count.

**DONE AND ORDERED** in Miami, Florida, on October 28, 2026.

YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE